B1 (Official Form 1) (1/08)

| UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF TEXAS<br>FORT WORTH DIVISION | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**STONERIDGE CUSTOM HOMES, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **02-0674860** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**1808 KINGSBRIDGE LANE**<br>**ROANOKE, TX**<br>ZIP CODE **76262** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Tarrant** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**1808 KINGSBRIDGE LANE**<br>**ROANOKE, TX**<br>ZIP CODE **76262** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br>**Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☑ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13<br><br>**Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**     THIS SPACE IS FOR COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐<br>1-49 | ☐<br>50-99 | ☑<br>100-199 | ☐<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☑<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☑<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2009 (Build 9.0.51.4, ID 3187713517)*

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **STONERIDGE CUSTOM HOMES, INC.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor   (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X** _____<br>                                                                                                   Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No.

### Exhibit D

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

　　　☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

　　　☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

　　　　　　　　　_____

　　　　　　　　　(Name of landlord that obtained judgment)

　　　　　　　　　_____

　　　　　　　　　(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2009 (Build 9.0.51.4, ID 3187713517)*

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): **STONERIDGE CUSTOM HOMES, INC.** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br><br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br><br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> **X** _____ <br><br> **X** _____ <br><br> _____ <br> Telephone Number (If not represented by attorney) <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only one box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> **X** _____ <br> (Signature of Foreign Representative) <br><br> _____ <br> (Printed Name of Foreign Representative) <br><br> _____ <br> Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| **X** _/s/ David L. Pritchard_ <br> **David L. Pritchard**          Bar No. **16349990** <br><br> **David L. Pritchard Attorney** <br> **1244 Southridge Court** <br> **Hurst, TX 76053** <br><br> Phone No._____ Fax No._____ <br> 01/29/2010 <br> _____ <br> Date <br><br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> **STONERIDGE CUSTOM HOMES, INC.** <br><br> **X** _/s/ Douglas E. Haley_ <br> Signature of Authorized Individual <br><br> **Douglas E. Haley** <br> Printed Name of Authorized Individual <br><br> **President** <br> Title of Authorized Individual <br><br> **01/29/2010** <br> Date | _____ <br> Address <br> **X** _____ <br> _____ <br> Date <br><br> Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

In re  **STONERIDGE CUSTOM  HOMES, INC.**                    Case No. _____
                                                                              (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| None | | | | |
| | | Total: | $0.00 | |

(Report also on Summary of Schedules)

In re  **STONERIDGE CUSTOM HOMES, INC.**                    Case No. _____

                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | checking accounts | | $50.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |

In re  **STONERIDGE CUSTOM HOMES, INC.**                    Case No. _____

                                                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

In re  **STONERIDGE CUSTOM  HOMES, INC.**                     Case No. _____
                                                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Tractor | | $25,000.00 |
| 26. Boats, motors, and accessories. | X | | | |

In re  **STONERIDGE CUSTOM HOMES, INC.**                    Case No. _____

                                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____3_____ continuation sheets attached                    **Total >**    $25,050.00

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

In re **STONERIDGE CUSTOM HOMES, INC.**    Case No. _____
                                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                         $136,875.

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |
| | | **$0.00** | **$0.00** |

In re **STONERIDGE CUSTOM HOMES, INC.**                    Case No. _____
                                                                          (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxx4-001**<br><br>**Ingersoll-Rand Financial Services**<br>**P.O. Box 6229**<br>**Carol Stream, IL 60197-6229** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**Tractor**<br>REMARKS:<br><br>VALUE:          **$25,000.00** | | | | **$25,000.00** | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | Subtotal (Total of this Page) > | | | $25,000.00 | $0.00 |
| | | | Total (Use only on last page) > | | | $25,000.00 | $0.00 |

___**No**___ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **STONERIDGE CUSTOM HOMES, INC.**                    Case No. _____

                                                                    (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**1**_____continuation sheets attached

In re **STONERIDGE CUSTOM HOMES, INC.**           Case No. _____
                                                                    (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**IRS**<br>**M.S. 50-22TUL**<br>**1645 South 101st East Avenue**<br>**Tulsa, OK 74128** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | $900.00 | $900.00 | $0.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | $900.00 | $900.00 | $0.00 |
| Total > (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $900.00 | | |
| Totals > (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $900.00 | $0.00 |

In re  **STONERIDGE CUSTOM HOMES, INC.**　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**4 SECURITY & SOUND, INC.**<br>**5408 W. ARKANSAS LANE, STE B**<br>**ARLINGTON, TX 76016** | | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$7,200.00** |
| ACCT #:<br>**A&B CUSTOM WINDOWS**<br>**P.O. BOX 741**<br>**AZLE, TX 76098** | | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$1,246.00** |
| ACCT #:<br>**ABSOLUTE STONE FABRICATORS, INC**<br>**9011JOHN CARPENTER FRWY, STE 104**<br>**DALLAS, TX 75247** | | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$29,817.56** |
| ACCT #:<br>**ADAIR MORRIS & OSBORN, PC**<br>**325 N ST PAUL, SUITE 4100**<br>**DALLAS, TX 75201** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney for Stock Building**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**AJAX GLASS & MIRRORS**<br>**4015 WEST VICKERY DRIVE**<br>**FORT WORTH, TX 76107** | | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$378.88** |
| ACCT #:<br>**ALAMO APPLIANCE**<br>**100 S. RIVERSIDE DRIVE**<br>**FORT WORTH, TX 76107** | | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$7,537.63** |
| | | | | Subtotal > | | **$46,180.07** |
| | | | | Total > | | |

_____**23**_____ continuation sheets attached

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

In re   **STONERIDGE CUSTOM HOMES, INC.**        Case No. _____
                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**ALBERT EPPS**<br>**1114 HUDSON DRIVE**<br>**MANSFIELD, TX 76063** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**AMERATEX BUILDERS SUPPLY**<br>**P.O. BOX 216**<br>**HURST, TX 76053-0216** | | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$12,543.32** |
| ACCT #:<br>**AMERICAN BANK**<br>**P.O. BOX 849**<br>**KELLER, TX 76244** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Credit**<br>REMARKS: | | | | **$40,000.00** |
| ACCT #:<br>**ATLANTIC SUPPLY**<br>**5950 AIRPORT FREEWAY STE 200**<br>**HALTOM CITY, TX 76117** | | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$3,742.79** |
| ACCT #:<br>**Atmos Energy**<br>**P.O. Box 78108**<br>**Phoenix, AZ 85062-8108** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$500.00** |
| ACCT #:<br>**BETHESDA WATER**<br>**P.O. BOX 130**<br>**BURLESON, TX 76097** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$600.00** |

Sheet no. ___1___ of ___23___ continuation sheets attached to          **Subtotal >**          **$57,386.11**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                        **Total >**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re **STONERIDGE CUSTOM HOMES, INC.**          Case No. _____
                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **BETSY PRICE** <br> **100 E. WEATHERFORD** <br> **FORT WORTH, TX 76196** | | DATE INCURRED: <br> CONSIDERATION: <br> **Taxes** <br> REMARKS: | | | | **$0.00** |
| ACCT #: <br> **BLINDS BY DESIGN** <br> **8113 SUNSCAPE CT.** <br> **FORT WORTH, TX 76123** | | DATE INCURRED: <br> CONSIDERATION: <br> **Credit** <br> REMARKS: | | | | **$4,320.26** |
| ACCT #: <br> **BMW FINANCIAL SERVICES NA, INC** <br> **P.O. BOX 3608** <br> **DUBLIN, OH 43016** | X | DATE INCURRED: <br> CONSIDERATION: <br> **Credit** <br> REMARKS: | | | | **$12,000.00** |
| ACCT #: <br> **BOBBY CRAWFORD, JR** <br> **1110 DELAWARE DRIVE** <br> **MANSFIELD, TX 76063** | | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **BUILDERS PROTECTION** <br> **P.O. BOX 170716** <br> **ARLINGTON, TX 76003-0716** | | DATE INCURRED: <br> CONSIDERATION: <br> **Services** <br> REMARKS: | | | | **$1,000.00** |
| ACCT #: <br> **BYRON CURRY** <br> **1106 Delaware** <br> **Mansfield, Tx 76063** | | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Notice Only** |

Sheet no. ____**2**____ of ____**23**____ continuation sheets attached to          Subtotal >          **$17,320.26**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    Total >
                         **(Use only on last page of the completed Schedule F.)**
                         **(Report also on Summary of Schedules and, if applicable, on the**
                         **Statistical Summary of Certain Liabilities and Related Data.)**

In re  **STONERIDGE CUSTOM HOMES, INC.**                    Case No. _____
                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**C&R CABINETS**<br>**2708 SAINT LOUIS AVE**<br>**FORT WORTH, TX 76110** | | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$30,000.00** |
| ACCT #:<br>**CAPITOL ONE PLATINUM**<br>**P.O. BOX 650007**<br>**DALLAS, TX 75265-0007** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$3,000.00** |
| ACCT #:<br>**CEDRIC CARTER**<br>**1109 CHESAPEAKE DRIVE**<br>**MANSFIELD, TX 76063** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**CENTRAL CONCRETE PUMPING**<br>**P.O. BOX 137064**<br>**FORT WORTH, TX 76136** | | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$1,000.00** |
| ACCT #:<br>**CHANTEL TAYLOR**<br>**7812 FOREST HILLS COURT**<br>**NORTH RICHLAND HILLS, TX 76180** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**CHARLES SMITH**<br>**1201 CHESAPEAKE DRIVE**<br>**MANSFIELD, TX 76063** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____**3**____ of ____**23**____ continuation sheets attached to                    Subtotal >                **$34,000.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                Total >
                                        **(Use only on last page of the completed Schedule F.)**
                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                        **Statistical Summary of Certain Liabilities and Related Data.)**

In re  **STONERIDGE CUSTOM HOMES, INC.**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**CHASE**<br>**P.O. BOX 94014**<br>**PALANTINE, IL 60094** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**CHRIS BOSLEY**<br>**1206 DELAWARE DRIVE**<br>**MANSFIELD, TX 76063** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**CHRISTOPHER MILANO**<br>**1204 CHESAPEAKE DRIVE**<br>**MANSFIELD, TX 76063** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**CIRCLE J HEATING & AIR CONDITIONING**<br>**1608 N. BEACH STREET**<br>**HALTOM CITY, TX 76111** | | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$52,223.50** |
| ACCT #:<br>**CITI DIAMOND PREFERRED ENTERTAINMEN**<br>**P.O. BOX 6406**<br>**THE LAKES, NEVADA 88901-6406** | | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$14,434.82** |
| ACCT #:<br>**CITIBANK, NA**<br>**C/O STRASBURGER & PRICE, LLP**<br>**901 MAIN STREET #4300**<br>**DALLAS< TX 75202** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Credit**<br>REMARKS: | | | | **$75,000.00** |

Sheet no. _____4_____ of _____23_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$141,658.32**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re **STONERIDGE CUSTOM HOMES, INC.**                                              Case No. _____

                                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**CITY OF KENNEDALE**<br>**405 MUNICIPAL DRIVE**<br>**KENNEDALE, TX 76060** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $100.00 |
| ACCT #:<br>**CITY OF MANSFIELD**<br>**1200 E. BROAD**<br>**MANSFIELD, TX 76063** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $500.00 |
| ACCT #:<br>**CLAY STRUCTURES, INC**<br>**P.O. BOX 896**<br>**MABANK, TX 75147** | | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $3,187.42 |
| ACCT #:<br>**CLAYMEX BRICK & TILE, INC.**<br>**P.O. BOX 3398**<br>**EAGLE PASS, TX 78853** | | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $20,102.81 |
| ACCT #:<br>**CLS INSULATION**<br>**P.O. BOX 163669**<br>**COLUMBUS, OH 43216** | | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $13,539.00 |
| ACCT #:<br>**CODY AIR CONDITIONING, INC**<br>**348 W. HURST BLVD**<br>**HURST, TX 76053** | | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $19,847.00 |

Sheet no. ____**5**____ of ____**23**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $57,276.23

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re   **STONERIDGE CUSTOM HOMES, INC.**            Case No. _____
                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**COLE'S PORTABLE SANITATION SERVICE**<br>**8024 C.R. 518**<br>**BURLESON, TX 76028** | | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$500.00** |
| ACCT #:<br>**CORNERSTONE CONTRACTORS**<br>**7117 MERRILL CT**<br>**BURLESON, TX 76028** | | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$3,660.00** |
| ACCT #:<br>**COWTOWN REDI MIX CONCRETE**<br>**P.O. BOX 162327**<br>**FORT WORTH, TX 76161** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$53,279.04** |
| ACCT #:<br>**CYNTHIA ENGLISH**<br>**3800 EAGLES NEST TRAIL**<br>**BURLESON, TX 76028** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**DALLAS CITY BAN**<br>**16980 DALLAS PARKWAY SUITE 110**<br>**DALLAS, TX 75248** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Credit**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**DANIEL DICKRELL**<br>**3804 EAGLES NEST TRAIL**<br>**BURLESON, TX 76028** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. _____**6**_____ of _____**23**_____ continuation sheets attached to                     Subtotal >   **$57,439.04**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              Total >
                                   **(Use only on last page of the completed Schedule F.)**
                                   **(Report also on Summary of Schedules and, if applicable, on the**
                                   **Statistical Summary of Certain Liabilities and Related Data.)**

In re  **STONERIDGE CUSTOM HOMES, INC.**                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**DAVID HARLAN**<br>**7804 FOREST HILLS COURT**<br>**NORTH RICHLAND HILLS, TX 76180** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**DAVID MEARNS**<br>**1207 CHESAPEAKE DRIVE**<br>**MANSFIELD, TX 76063** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**DAVID RILEY**<br>**1204 CHESAPEAKE DRIVE**<br>**MANSFIELD, TX 76063** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**DAVIS NGO**<br>**5311 BAMA LANE**<br>**ARLINGTON, TX 76017** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**DECKER JONES McMACKIN McCLANE HALL**<br>**2000 BURNETT PLAZA**<br>**801 CHERRY STREET #46**<br>**FORT WORTH, TX 76102** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney for**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**FASHION DOOR AND WINDOW**<br>**1202 POST N PADDOCK ST.**<br>**GRAND PRAIRIE, TX 75050** | | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$5,932.78** |

Sheet no. ____**7**____ of ____**23**____ continuation sheets attached to              Subtotal >              **$5,932.78**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                          Total >
                                         **(Use only on last page of the completed Schedule F.)**
                                         **(Report also on Summary of Schedules and, if applicable, on the**
                                         **Statistical Summary of Certain Liabilities and Related Data.)**

In re   **STONERIDGE CUSTOM HOMES, INC.**          Case No. _____

                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**FERIS ELECTRIC & LIGHTING**<br>**P.O. BOX 14037**<br>**HALTOM CITY, TX 76117-0037** | | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$20,532.12** |
| ACCT #:<br>**FIDAL'S HARDWOOD**<br>**1009 GARVEY DRIVE**<br>**FORT WORTH, TX 76102** | | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$14,000.00** |
| ACCT #:<br>**FIRST COMMUNITY BANK**<br>**P.O. BOX 527**<br>**MERIDIAN, TX 76665** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Credit**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **xxxx4661**<br>**FORD MOTOR CREDIT**<br>**P O BOX 650575**<br>**DALLAS TX 75265** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Purchase Money**<br>REMARKS: | | | | **$22,784.00** |
| ACCT #:<br>**GA SALES AND SERVICES**<br>**P.O. BOX 841394**<br>**DALLAS, TX 75284-1394** | | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$6,473.67** |
| ACCT #:<br>**GARY BOYD**<br>**3708 EAGLES NEST TRAIL**<br>**BURLESON, TX 76028** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____**8**____ of ____**23**____ continuation sheets attached to          Subtotal >          **$63,789.79**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                              Total >
                    **(Use only on last page of the completed Schedule F.)**
                    **(Report also on Summary of Schedules and, if applicable, on the**
                    **Statistical Summary of Certain Liabilities and Related Data.)**

In re **STONERIDGE CUSTOM HOMES, INC.**　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **GATLIN CABINET COMPANY, INC** <br> **P.O. BOX 384** <br> **FERRIS, TX 75125** | X | DATE INCURRED: <br> CONSIDERATION: <br> **Line of Credit** <br> REMARKS: | | | | $29,592.00 |
| ACCT #: <br> **GEIFFREY CROSBY** <br> **1212 HUDSON DRIVE** <br> **MANSFIELD, TX 76063** | | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **GONZALEZ CUSTOM CABINETS** <br> **P.O. BOX 133** <br> **PALMER, TX 75152** | | DATE INCURRED: <br> CONSIDERATION: <br> **Line of Credit** <br> REMARKS: | | | | $9,000.00 |
| ACCT #: <br> **GREATER DALLAS FLOORS** <br> **17826 DAVENPORT RD** <br> **SUITE A** <br> **DALLAS, TX 75252** | | DATE INCURRED: <br> CONSIDERATION: <br> **Credit** <br> REMARKS: | | | X | $35,029.65 |
| ACCT #: <br> **H&A ENGINEERS, INC** <br> **8713 W. BEDFORD EULESS ROAD** <br> **HURST, TX 76053** | | DATE INCURRED: <br> CONSIDERATION: <br> **Line of Credit** <br> REMARKS: | | | | $2,500.00 |
| ACCT #: <br> **HAND CRAFTED POOL CARE** <br> **108 S. WALNUT CREEK DRIVE** <br> **MANSFIELD, TX 76063** | | DATE INCURRED: <br> CONSIDERATION: <br> **Line of Credit** <br> REMARKS: | | | | $322.18 |

Sheet no. **9** of **23** continuation sheets attached to　　　　　　　　　　Subtotal >　　　　**$76,443.83**
Schedule of Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re  **STONERIDGE CUSTOM HOMES, INC.**                    Case No. _____
                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**HARVEY BRADEN**<br>**3712 EAGLES NEST TRAIL**<br>**BURLESON, TX 76028** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**HASTEN & HANSEN**<br>**1101-A N LITTLE SCHOOL RD**<br>**ARLINGTON, TX 76017** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney for RTD**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**HOANG LINH NGUYEN**<br>**1605 GREENBEND DR**<br>**ARLINGTON, TX 76018** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Home Depot Credit Services**<br>**P.O. BOX 6029**<br>**THE LAKES, NV 88901-6029** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$2,000.00** |
| ACCT #:<br>**HOME PLUS, INC**<br>**302 PINE TREE ROAD**<br>**LONGVIEW, TX 75604** | | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$15,103.10** |
| ACCT #:<br>**HOWARD YARNELL**<br>**1104 DELAWARE DRIVE**<br>**MANSFIELD, TX 76063** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ___**10**___ of ___**23**___ continuation sheets attached to                    Subtotal >      **$17,103.10**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                        Total >
                                    **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                    **Statistical Summary of Certain Liabilities and Related Data.)**

In re   **STONERIDGE CUSTOM  HOMES, INC.**          Case No. _____

                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**HUNTERS OAKS HOA**<br>**1108 W. PIONEER PARKWAY**<br>**ARLINGTON, TX 76013** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit**<br>REMARKS: | | | | **$1,126.14** |
| ACCT #:<br>**IESI-HALTOM CITY**<br>**4001 OLD DENTON ROAD**<br>**HALTOM CITY, TX 76117** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$456.58** |
| ACCT #:<br>**IMC, INC**<br>**P.O. BOX 201544**<br>**DALLAS, TX 75320-1544** | | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$943.94** |
| ACCT #:<br>**JACE JENKINS**<br>**1213 DELAWARE DRIVE**<br>**MANSFIELD, TX 76063** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Credit**<br>REMARKS: | | | | **$8,000.00** |
| ACCT #:<br>James L. Robertson<br>PO Box 200215<br>**ARLINGTON, TX 76006** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney for PDK**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**JESSE AND RUBIE JONES**<br>**2948 ENGLAND PARKWAY**<br>**GRAND PRAIRIE, TX 75054** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit**<br>REMARKS: | | | | **$25,500.00** |

Sheet no. ____**11**____ of ____**23**____ continuation sheets attached to          Subtotal >     **$36,026.66**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re **STONERIDGE CUSTOM HOMES, INC.**                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**JOHN HELSETH**<br>**1209 DELAWARE DRIVE**<br>**MANSFIELD, TX 76063** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**JOHN VIEWEGER**<br>**3410 HUNTERS GLEN DRIVE**<br>**MANSFIELD, TX 76063** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**JUSTIN STATE BANK**<br>**P.O. BOX 97**<br>**JUSTIN, TX 76247** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Credit**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**KEN FLEMING**<br>**P.O. BOX 2107**<br>**MANSFIELD, TX 76063-4911** | | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$35,822.00** |
| ACCT #:<br>**KIMBERLY MORRIS**<br>**2715 AURORA COURT**<br>**SOUTHLAKE, TX 76092** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**LAJOYCE TIMMONS**<br>**1211 DELAWARE**<br>**MANSFIELD, TX 76063** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. **12** of **23** continuation sheets attached to               Subtotal > | **$35,822.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re   **STONERIDGE CUSTOM HOMES, INC.**          Case No. _____
                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**LARRY STAFFORD**<br>**1108 DELAWARE DRIVE**<br>**MANSFIELD, TX 76063** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**LEA ANN CAPEL**<br>**7721 GRACE DRIVE**<br>**NORTH RICHLAND HILLS, TX 76180** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**LEE DUNLAP**<br>**9212 CACHELLE COURT**<br>**NORTH RICHLAND HILLS, TX 76180** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**LONESOME DOVE STONE & MASONRY**<br>**JUSTIN HALEY**<br>**P.O. BOX 650**<br>**HURST, TX 76053** | | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$3,000.00** |
| ACCT #:<br>**LOYD BRANSOM SURVEYORS**<br>**1028 NORTH SYLVANIA AVE**<br>**FORT WORTH< TX 76111** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$1,600.00** |
| ACCT #:<br>**MANSFIELD INDEPENDENT SCHOOL DISTRIC**<br>**PO BOX 13430**<br>**ARLINGTON, TX 76094** | | DATE INCURRED:<br>CONSIDERATION:<br>**Property Taxes**<br>REMARKS: | | | | **$8,000.00** |

Sheet no. ___**13**___ of ___**23**___ continuation sheets attached to          Subtotal >          **$12,600.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                Total >
                              **(Use only on last page of the completed Schedule F.)**
                              **(Report also on Summary of Schedules and, if applicable, on the**
                              **Statistical Summary of Certain Liabilities and Related Data.)**

In re   **STONERIDGE CUSTOM  HOMES, INC.**                                   Case No. _____
                                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**MARCO CASTRO**<br>**1207 DELAWARE DRIVE**<br>**MANSFIELD, TX 76063** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**MARK FRENCH**<br>**1901 CENTRAL DRIVE, SUITE 704**<br>**BEDFORD, TX 76021** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney for United Community Bank**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**MARK MCGEE**<br>**3325 OAK RUN DRIVE**<br>**MANSFIELD, TX 76063** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**MCFADDEN & ASSOCIATES**<br>**1354 EXCHANGE DR.**<br>**RICHARDSON, TX 75081** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit**<br>REMARKS: | | | | **$5,000.00** |
| ACCT #:<br>**MELODY SMITH**<br>**STRASBURGER & PRICE, LLP**<br>**901 MAIN STREET #4300**<br>**DALLAS, TX 75202** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney for Citibank**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**METRO BLUELINE**<br>**8713 W. BEDFORD EULESS RD**<br>**HURST, TX 76053** | | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$156.42** |

Sheet no. ____**14**____ of ____**23**____ continuation sheets attached to                                  Subtotal >          **$5,156.42**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                    Total >
                                                      **(Use only on last page of the completed Schedule F.)**
                                                      **(Report also on Summary of Schedules and, if applicable, on the**
                                                      **Statistical Summary of Certain Liabilities and Related Data.)**

In re **STONERIDGE CUSTOM HOMES, INC.**　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **METRO BRICK AND STONE CO.** <br> **2184 JOE FIELD** <br> **DALLAS, TX 75229** | | DATE INCURRED: <br> CONSIDERATION: <br> **Line of Credit** <br> REMARKS: | | | | **$7,547.83** |
| ACCT #: <br> **MICHAEL NEWMAN** <br> **9288 HUNTINGTON SQ #200** <br> **N RICHLAND HILLS, TX 76180** | | DATE INCURRED: <br> CONSIDERATION: <br> **Attorney for Cowtown RediMix** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **MICHAEL ORTIZ** <br> **3400 HUNTER GLEN DRIVE** <br> **MANSFIELD, TX 76063** | | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Notice Only** |
| ACCT #: <br> **MICHAELS KEYS INC.** <br> **4003 COLLEYVILLE BLVD.** <br> **COLLEYVILLE, TX 76034** | | DATE INCURRED: <br> CONSIDERATION: <br> **Credit** <br> REMARKS: | | | | **$500.00** |
| ACCT #: <br> **MID CITIES COUNTER TOP CO., INC** <br> **2310 HIGGINS LANE** <br> **HURST, TX 76111** | | DATE INCURRED: <br> CONSIDERATION: <br> **Line of Credit** <br> REMARKS: | | | | **$1,039.01** |
| ACCT #: <br> **MURRAY APPLIANCE** <br> **520 NORTH LOOP 288** <br> **DENTON, TX 76209** | | DATE INCURRED: <br> CONSIDERATION: <br> **Line of Credit** <br> REMARKS: | | | | **$3,718.07** |

Sheet no. ___**15**___ of ___**23**___ continuation sheets attached to　　　　　　　Subtotal >　　　　**$12,804.91**

Schedule of Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Total >

**(Use only on last page of the completed Schedule F.)**

**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**NIX DOOR & HARDWARE, INC**<br>**921 EAST WAGGONMAN**<br>**FORT WORTH, TX 76110** | | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$7,131.16** |
| ACCT #:<br>**PDK LIQUID STONE PARTNERSHIPS**<br>**221 CENTRE DRIVE**<br>**BURLESON, TX 76028** | | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$5,087.75** |
| ACCT #:<br>**PHILLIP D. COLLINS AND ASSOC., PC**<br>**2626 COLE AVE #510**<br>**DALLAS, TX 75204** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney for CLS**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**PHILLIP ELLIS**<br>**3321 OAK RUN DRIVE**<br>**MANSFIELD, TX 76063** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**PHILLIP YATES**<br>**1206 HUDSON DRIVE**<br>**MANSFIELD, TX 76063** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**PROSPERITY BANK**<br>**217 NORTH MAIN**<br>**KELLER, TX 76248** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit**<br>REMARKS: | | | | **$0.00** |

Sheet no. ____**16**____ of ____**23**____ continuation sheets attached to                    Subtotal >                    **$12,218.91**

Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re **STONERIDGE CUSTOM HOMES, INC.**                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**PROVIDENCE BANK OF TEXAS**<br>**211 East Southlake Boulevard**<br>**Grapevine, TX 76092-6265** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**PROVIDENCE BANK OF TEXAS**<br>**P.O. BOX 94003**<br>**SOUTHLAKE, TX 76092** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Credit**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**R.E. SWEENEY LUMBER CO.**<br>**P.O. BOX 1921**<br>**FORT WORTH, TX 76101** | | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$30,464.06** |
| ACCT #:<br>**RAMIREZ CONSTRUCTION**<br>**6317 MCCULLAR STREET**<br>**FORT WORTH, TX 76117** | | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$21,894.65** |
| ACCT #:<br>**RAPLH SCHWAB/RALPH SCHWAB ROOFING**<br>**8713 STEWART DRIVE**<br>**NORT RICHLAND HILLS, TX 76180** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$32,970.00** |
| ACCT #:<br>**RAYMOND DOWNEY**<br>**1202 CHESAPEAKE DRIVE**<br>**MANSFIELD, TX 76063** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. __**17**__ of __**23**__ continuation sheets attached to          Subtotal >      **$85,328.71**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    Total >
                            **(Use only on last page of the completed Schedule F.)**
                            **(Report also on Summary of Schedules and, if applicable, on the**
                            **Statistical Summary of Certain Liabilities and Related Data.)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**RENTAL ONE**<br>**P.O. BOX 489**<br>**COLLEYVILLE, TX 76034** | | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $135.31 |
| ACCT #:<br>**RESDOOR COMPANY, INC**<br>**P.O. BOX 1921**<br>**FORT WORTH, TX 76101** | | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $16,583.65 |
| ACCT #:<br>**RICKS HARDWARE AND PLUMBING**<br>**P.O. BOX 3469**<br>**GRAPEVINE, TX 76099-3469** | | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | $4,511.70 |
| ACCT #:<br>**ROCK MATERIALS**<br>**1854 E. BELTLINE ROAD**<br>**COPPELL, TX 75019** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit**<br>REMARKS: | | | | $4,025.69 |
| ACCT #:<br>**ROSEDALE CARPETS**<br>**5623 EAST ROSEDALE DR.**<br>**FORT WORHT, TX 76112** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit**<br>REMARKS: | | | | $25,116.13 |
| ACCT #:<br>**RSD PLUMBING**<br>**201B LOY ST.**<br>**BURLESON, TX 76028** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit**<br>REMARKS: | | | | $29,354.25 |

Sheet no. ___**18**___ of ___**23**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$79,726.73**

Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re   **STONERIDGE CUSTOM HOMES, INC.**                    Case No. _____
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**RTD ENTERPRISES, INC.**<br>**6853 ROBERTS LANE**<br>**FORT WORTH, TX 76140** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit**<br>REMARKS: | | | | **$12,300.00** |
| ACCT #:<br>**SANDY BLAUVELT**<br>**1208 HUDSON DRIVE**<br>**MANSFIELD, TX 76063** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**SANJEEV LUTHRA**<br>**1111 CHESAPEAKE DRIVE**<br>**MANSFIELD, TX 76063** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**SHIRL RICHARDSON**<br>**3403 LEDBETTER COURT**<br>**ARLINGTON, TX 76001** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**SIKARDAR BHATTI**<br>**1107 CHESAPEAKE DRIVE**<br>**MANSFIELD, TX 76063** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**SOUTHWEST LANDCARE, INC**<br>**8000 MCADINE COURT**<br>**BURLESON, TX 76028** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit**<br>REMARKS: | | | | **$3,900.00** |

Sheet no. ___**19**___ of ____**23**____ continuation sheets attached to                    Subtotal >          **$16,200.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                      Total >
                          **(Use only on last page of the completed Schedule F.)**
                          **(Report also on Summary of Schedules and, if applicable, on the**
                          **Statistical Summary of Certain Liabilities and Related Data.)**

In re **STONERIDGE CUSTOM HOMES, INC.**  Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**STEPHEN LANE**<br>**9204 HAILEY COURT**<br>**NORTH RICHLAND HILLS, TX 76180** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**STEVE SCHULMAN**<br>**1205 CHESAPEAKE DRIVE**<br>**MANSFIELD, TX 76063** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**STOCK BUILDING SUPPLY**<br>**PO BOX 847795**<br>**DALLAS, TX 75284** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Judgment**<br>REMARKS: | | | | **$32,000.00** |
| ACCT #:<br>**STOCK LOAN SERVICES**<br>**P.O. BOX 91147**<br>**RALEIGH, NC 27675** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Credit**<br>REMARKS: | | | | **$45,000.00** |
| ACCT #:<br>**SUNRISE WOOD DESIGN**<br>**720 107TH STREET**<br>**ARLINGTON, TX 76011** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit**<br>REMARKS: | | | | **$26,862.75** |
| ACCT #:<br>**SUPERIOR STAIR SYSTEMS, INC**<br>**211 HOUSE RD**<br>**MANSFIELD, TX 76063** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$2,393.69** |

Sheet no. **20** of **23** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$106,256.44**

Total >

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re   **STONERIDGE CUSTOM  HOMES, INC.**                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**TCB FOUNDATION DRILLING**<br>**P.O. BOX 1126**<br>**ARLINGTON, TX 76004-1126** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit**<br>REMARKS: | | | | **$1,000.00** |
| ACCT #:<br>**TD SUPPLY**<br>**1625 VANTAGE DRIVE**<br>**CARROLTON, TX 75006** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit**<br>REMARKS: | | | | **$2,000.00** |
| ACCT #:<br>**TERENCE BAKER**<br>**1200 DELAWARE DRIVE**<br>**MANSFIELD, TX 76063** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**TERESA AUSTIN**<br>**628 TRAILHEAD DRIVE**<br>**SOUTHLAKE, TX 76092** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**TERRENCE KURTZ**<br>**1214 DELAWARE DRIVE**<br>**MANSFIELD, TX 76063** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**TEXAS COMMISSION ON ENVIRONMENTAL C**<br>**P.O. BOX 13089**<br>**AUSTIN, TX 78711-0389** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit**<br>REMARKS: | | | | **$5,110.00** |

Sheet no. _____**21**_____ of _____**23**_____ continuation sheets attached to                    Subtotal >          **$8,110.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              Total >
                                           **(Use only on last page of the completed Schedule F.)**
                                           **(Report also on Summary of Schedules and, if applicable, on the**
                                           **Statistical Summary of Certain Liabilities and Related Data.)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**THOMAS HENRY, PC**<br>**550 BAILEY AVE, Suite 310**<br>**FORT WORTH, TX 76107** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney for- Ralph Schwab/Ralph Schwab Roofing**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**TXU ELECTRIC**<br>**P.O. BOX 100001**<br>**DALLAS, TX 75310** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit**<br>REMARKS: | | | | **$3,000.00** |
| ACCT #:<br>**UNIQUE CUSTOM MARBLE**<br>**5665 BANKS ROAD**<br>**FORT WORTH, TX 76140** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit**<br>REMARKS: | | | | **$4,114.00** |
| ACCT #:<br>**UNITED COMMUNITY BANK**<br>**2100 FM 407**<br>**HIGHLAND VILLAGE, TX 75077** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Credit**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**UNITED MIRROR AND GLASS**<br>**P.O. BOX 2696**<br>**WEATHERFORD, TX 76086** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit**<br>REMARKS: | | | | **$2,434.00** |
| ACCT #:<br>**UNIVERSAL GARAGE DOORS**<br>**2708 SAINT LOUIS**<br>**FORT WORTH, TX 76110** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit**<br>REMARKS: | | | | **$14,510.96** |

Sheet no. ____**22**____ of ____**23**____ continuation sheets attached to                    Subtotal >          **$24,058.96**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re  **STONERIDGE CUSTOM HOMES, INC.**                    Case No. _____
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**WELLS FARGO CARD**<br>**P.O. BOX 10347**<br>**DES MOINES, IA 50306** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit**<br>REMARKS: | | | | **$12,802.74** |
| ACCT #:<br>**WES-TEX PLUMBING**<br>**9708 COUNTY ROAD 529A**<br>**BURLESON, TX 76028** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit**<br>REMARKS: | | | | **$5,530.00** |
| ACCT #:<br>**WESTERN BRICK**<br>**P.O. BOX 771**<br>**HOUSTON, TX 77001** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit**<br>REMARKS: | | | | **$13,332.52** |
| ACCT #:<br>**WILLIAM MORROW**<br>**1115 CHESAPEAKE DRIVE**<br>**MANSFIELD, TX 76063** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**ZIMMERMAN LAW FIRM, PC**<br>**750 N CARROLL AVE**<br>**SOUTHLAKE, TX 76092** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney For Providence Bank**<br>REMARKS: | | | | **Notice Only** |
| | | | | | | |

Sheet no. ___**23**___ of ___**23**___ continuation sheets attached to          **Subtotal >**          **$31,665.26**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                               **Total >**          **$1,040,504.53**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

In re **STONERIDGE CUSTOM HOMES, INC.**                    Case No. _____
                                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

In re **STONERIDGE CUSTOM HOMES, INC.**                    Case No. _____
                                                                              (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **DOUGLAS E. HALEY**<br>1808 KINGSBRIDGE LANE<br>ROANOKE, TX 76262 | **AMERICAN BANK**<br>P.O. BOX 849<br>KELLER, TX 76244 |
| **DOUGLAS E. HALEY**<br>1808 KINGSBRIDGE LANE<br>ROANOKE, TX 76262 | **BMW FINANCIAL SERVICES NA, INC**<br>P.O. BOX 3608<br>DUBLIN, OH 43016 |
| **DOUGLAS E. HALEY**<br>1808 KINGSBRIDGE LANE<br>ROANOKE, TX 76262 | **CAPITOL ONE PLATINUM**<br>P.O. BOX 650007<br>DALLAS, TX 75265-0007 |
| **DOUGLAS E. HALEY**<br>1808 KINGSBRIDGE LANE<br>ROANOKE, TX 76262 | **CHASE**<br>P.O. BOX 94014<br>PALANTINE, IL 60094 |
| **DOUGLAS E. HALEY**<br>1808 KINGSBRIDGE LANE<br>ROANOKE, TX 76262 | **CITIBANK, NA**<br>C/O STRASBURGER & PRICE, LLP<br>901 MAIN STREET #4300<br>DALLAS< TX 75202 |
| **DOUGLAS E. HALEY**<br>1808 KINGSBRIDGE LANE<br>ROANOKE, TX 76262 | **COWTOWN REDI MIX CONCRETE**<br>P.O. BOX 162327<br>FORT WORTH, TX 76161 |
| **DOUGLAS E. HALEY**<br>1808 KINGSBRIDGE LANE<br>ROANOKE, TX 76262 | **DALLAS CITY BAN**<br>16980 DALLAS PARKWAY SUITE 110<br>DALLAS, TX 75248 |

In re **STONERIDGE CUSTOM HOMES, INC.**                    Case No. _____
                                                                          (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 1*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **DOUGLAS E. HALEY**<br>1808 KINGSBRIDGE LANE<br>ROANOKE, TX 76262 | **FIRST COMMUNITY BANK**<br>P.O. BOX 527<br>MERIDIAN, TX 76665 |
| **DOUGLAS E. HALEY**<br>1808 KINGSBRIDGE LANE<br>ROANOKE, TX 76262 | **FORD MOTOR CREDIT**<br>P O BOX 650575<br>DALLAS TX 75265 |
| **DOUGLAS E. HALEY**<br>1808 KINGSBRIDGE LANE<br>ROANOKE, TX 76262 | **GATLIN CABINET COMPANY, INC**<br>P.O. BOX 384<br>FERRIS, TX 75125 |
| **DOUGLAS E. HALEY**<br>1808 KINGSBRIDGE LANE<br>ROANOKE, TX 76262 | **JACE JENKINS**<br>1213 DELAWARE DRIVE<br>MANSFIELD, TX 76063 |
| **DOUGLAS E. HALEY**<br>1808 KINGSBRIDGE LANE<br>ROANOKE, TX 76262 | **JUSTIN STATE BANK**<br>P.O. BOX 97<br>JUSTIN, TX 76247 |
| **DOUGLAS E. HALEY**<br>1808 KINGSBRIDGE LANE<br>ROANOKE, TX 76262 | **PROVIDENCE BANK OF TEXAS**<br>211 East Southlake Boulevard<br>Grapevine, TX 76092-6265 |
| **DOUGLAS E. HALEY**<br>1808 KINGSBRIDGE LANE<br>ROANOKE, TX 76262 | **PROVIDENCE BANK OF TEXAS**<br>P.O. BOX 94003<br>SOUTHLAKE, TX 76092 |

In re  **STONERIDGE CUSTOM HOMES, INC.**                    Case No. _____
                                                                        (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 2*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **DOUGLAS E. HALEY**<br>1808 KINGSBRIDGE LANE<br>ROANOKE, TX 76262 | **RAPLH SCHWAB/RALPH SCHWAB ROOFING**<br>8713 STEWART DRIVE<br>NORT RICHLAND HILLS, TX 76180 |
| **DOUGLAS E. HALEY**<br>1808 KINGSBRIDGE LANE<br>ROANOKE, TX 76262 | **STOCK BUILDING SUPPLY**<br>PO BOX 847795<br>DALLAS, TX 75284 |
| **DOUGLAS E. HALEY**<br>1808 KINGSBRIDGE LANE<br>ROANOKE, TX 76262 | **STOCK LOAN SERVICES**<br>P.O. BOX 91147<br>RALEIGH, NC 27675 |
| **DOUGLAS E. HALEY**<br>1808 KINGSBRIDGE LANE<br>ROANOKE, TX 76262 | **UNITED COMMUNITY BANK**<br>2100 FM 407<br>HIGHLAND VILLAGE, TX 75077 |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

In re **STONERIDGE CUSTOM HOMES, INC.**                    Case No.

Chapter      **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 4 | $25,050.00 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $25,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $900.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 24 | | $1,040,504.53 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 36 | $25,050.00 | $1,066,404.53 | |

In re  **STONERIDGE CUSTOM  HOMES, INC.**                              Case No. _____
                                                                                          (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**President**_____ of the _____**Corporation**_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____**38**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date **01/29/2010**_____          Signature __**/s/ Douglas E. Haley**_____
                                                                         ***Douglas E. Haley***
                                                                         ***President***

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

In re:   **STONERIDGE CUSTOM HOMES, INC.**          Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | 2009 Income |
| $2,273,193.00 | 2008 Income, with a net lost of $171,833 |

### 2. Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Citibank, NA v. Stoneridge Custom Homes, et al | Collection | 158th District Court, Denton County, Texas | Pending |
| Providence Bank of Texas V. Soneridge Custom Homes, et al, Cause 342-241747-09 | Collection | District Court, Tarrant County, Texas | Pending |
| Mansfield ISD v. Stoneridge Custom Homes. Cause L-26247 | Tax Collection | 236th District Court, Tarrant County, Texas | Pending |

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

In re:  **STONERIDGE CUSTOM HOMES, INC.**                Case No. _____

                                                                                              (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

| | | | |
|---|---|---|---|
| **PDK Liquide Stone Partners v. Stoneridge Custom Homes, Inc., et al, Cause 141-230777-08** | **Coolection** | **District Court, Tarrant County, TX** | |
| **CLS Insulation v. Stonebridge Custom Homes, Cause 2009-074134-3** | **Collection** | **County Court At Law 3, Tarrant County, TX** | |
| **RE Sweeney Co v. Stoneridge Custom Homes, Cause 048 238125 09** | **Colelction** | **District Court, Tarrant County, Texas** | **Pending** |
| **Resdoor Company v. Stonebridge Custom Homes, et al, Cause 352-238544-09** | **Collection** | **193d Judicial District Court, Dallas County, TX** | **Pending** |
| **Hoang Lin Nguyen v. Stoneridge Custom Homes, Cause SC00005244** | **Breach of Contract** | **Justice of the Peace Court, Precinct 7, Tarrant County, TX** | |
| **Stock Building Supply v. Stoneridge Custom Homes, Cause 067-237743-09** | **Collection** | **67th Judicial District Court, Tarrant County, Texas** | **Judgment** |
| **Cowtown RediMix v. Stoneridge Custom Home, et al, Cause 2009-073872-2** | **Breach of Contract** | **County Court at Law 2, Tarrant County, Texas** | |

**GATLIN CABINET COMPANY, INC
V. STONERIDGE CUSTOM
HOMES, ET AL**

**JACE JENKINS V. STONERIDGE
CUSTOM HOMES, INC., ET AL.**

**RALPH SCHWAB ROOFING V.
STONERIDGE CUSTON HOMES,
ET AL**

**United Community Bank, N.A. v.
Stoneridge Custom Homes, INC.
and Douglas E. Haley, Cause
236-241335-09**

---

None

☑   b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

In re:   **STONERIDGE CUSTOM  HOMES, INC.**                      Case No. _____

                                                                                (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

### 5. Repossessions, foreclosures and returns

None ☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Debtor had a number of homes foreclosed upon in 2009 | | |

---

### 6. Assignments and receiverships

None ☑

a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None ☑

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None ☑

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| David L. Pritchard | January 10, 2010 Douglas E. Haley | $2500.00 |

---

### 10. Other transfers

None ☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.



**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

In re:    **STONERIDGE CUSTOM HOMES, INC.**                    Case No. _____

                                                                                    (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

### 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Justin State Bank | | |
| American Bank | | |
| First Community Bank | | |
| United Community Bank | | |
| Provendence Bank | | |
| Dallas City Bank | | |
| Prosperity Bank | | |

### 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 14. Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

### 15. Prior address of debtor

None ☑

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

### 16. Spouses and Former Spouses

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

In re:  **STONERIDGE CUSTOM  HOMES, INC.**                    Case No.  _____

                                                                                                (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None  a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or
☑    potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the
     Environmental Law:

---

None  b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.
☑    Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None  c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is
☐    or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**NAME AND ADDRESS
OF GOVERNMENTAL UNIT**          **DOCKET NUMBER**          **STATUS OR DISPOSITION**
**Texas Commission on**          **071682WQE  FY09**        **adminsrative penalty of**
**Environmental Quality**                                   **$4000.00**
**P.O. Box 13088**
**Austin, texas 78711-3088**

---

### 18. Nature, location and name of business
None  a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending
☑    dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership,
     sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the
     commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately
     preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending
dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years
immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending
dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years
immediately preceding the commencement of this case.

---

None  b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.


**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

In re:   **STONERIDGE CUSTOM  HOMES, INC.**              Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None ☐
a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

**NAME AND ADDRESS**                     **DATES SERVICES RENDERED**

**Pineider, Ford and Associates, PLLC**
**2241 E. Continental Bvld, Suite 140**
**Southlake, Texas 76092**

---

None ☑
b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None ☐
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

**NAME**                     **ADDRESS**
**Douglas E. Haley**
**and**
**Pineider, Ford and Associates**

---

None ☑
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

---

### 20. Inventories

None ☑
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☑
b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None ☑
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☐
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| **Douglas E. Haley**<br>**1808 Kingsbridge Lane**<br>**Roanake,Texas 76262** | **President** | **100%** |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

In re:  **STONERIDGE CUSTOM  HOMES, INC.**  Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

**22. Former partners, officers, directors and shareholders**

None ☑

a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None ☑

b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

**23. Withdrawals from a partnership or distributions by a corporation**

None ☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Douglas E. Haley** | | |

---

**24. Tax Consolidation Group**

None ☑

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

**25. Pension Funds**

None ☑

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  01/29/2010 _____     Signature  **/s/ Douglas E. Haley** _____

**Douglas E. Haley**
**President**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **STONERIDGE CUSTOM  HOMES, INC.**                    CASE NO

                                                                                CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate  Attach additional pages if necessary.)

| Property No.   1 | |
|---|---|
| **Creditor's Name:**<br>Ingersoll-Rand Financial Services<br>P.O. Box 6229<br>Carol Stream, IL 60197-6229<br>xxxxxx4-001 | **Describe Property Securing Debt:**<br>Tractor |

Property will be (check one):
☑ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt          ☑ Not claimed as exempt

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No.   1 | | |
|---|---|---|
| **Lessor's Name:**<br>None | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☐          NO ☐ |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **01/29/2010**                                     Signature   **/s/ Douglas E. Haley**
                                                                                    *Douglas E. Haley*
                                                                                    *President*

Date                                                         Signature

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:  **STONERIDGE CUSTOM  HOMES, INC.**                    CASE NO

                                                            CHAPTER   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept:                           **$2,500.00**
   Prior to the filing of this statement I have received:                  **$2,500.00**
   Balance Due:                                                               **$0.00**

2. The source of the compensation paid to me was:
   ☐  Debtor              ☑  Other (specify)
                             **Douglas E.  Haley**

3. The source of compensation to be paid to me is:
   ☑  Debtor              ☐  Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION
I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____        /s/ David L. Pritchard
_____01/29/2010_____            _____
            *Date*                       *David L. Pritchard*
                                         David L. Pritchard Attorney          Bar No.  16349990
                                         1244 Southridge Court
                                         Hurst, TX 76053

---

  /s/ Douglas E. Haley
_____
*Douglas E. Haley*
*President*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:  **STONERIDGE CUSTOM  HOMES, INC.**

Case No.

Chapter  **7**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| CITIBANK, NA C/O STRASBURGER & PRICE, LLP 901 MAIN STREET #4300 DALLAS< TX 75202 | | Credit | | **$75,000.00** |
| COWTOWN REDI MIX CONCRETE P.O. BOX 162327 FORT WORTH, TX 76161 | | Line of Credit | | **$53,279.04** |
| CIRCLE J HEATING & AIR CONDITIONING 1608 N. BEACH STREET HALTOM CITY, TX 76111 | | Line of Credit | | **$52,223.50** |
| STOCK LOAN SERVICES P.O. BOX 91147 RALEIGH, NC 27675 | | Credit | | **$45,000.00** |
| AMERICAN BANK P.O. BOX 849 KELLER, TX 76244 | | Credit | | **$40,000.00** |
| KEN FLEMING P.O. BOX 2107 MANSFIELD, TX 76063-4911 | | Line of Credit | | **$35,822.00** |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE: **STONERIDGE CUSTOM HOMES, INC.**

Case No.

Chapter **7**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Continuation Sheet No. 1

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| GREATER DALLAS FLOORS<br>17826 DAVENPORT RD<br>SUITE A<br>DALLAS, TX 75252 | | Credit | *Disputed* | **$35,029.65** |
| RAPLH SCHWAB/RALPH SCHWAB ROOFING<br>8713 STEWART DRIVE<br>NORT RICHLAND HILLS, TX 76180 | | Line of Credit | | **$32,970.00** |
| STOCK BUILDING SUPPLY<br>PO BOX 847795<br>DALLAS, TX 75284 | | Judgment | | **$32,000.00** |
| R.E. SWEENEY LUMBER CO.<br>P.O. BOX 1921<br>FORT WORTH, TX 76101 | | Line of Credit | | **$30,464.06** |
| C&R CABINETS<br>2708 SAINT LOUIS AVE<br>FORT WORTH, TX 76110 | | Line of Credit | | **$30,000.00** |
| ABSOLUTE STONE FABRICATORS, INC<br>9011JOHN CARPENTER FRWY, STE 104<br>DALLAS, TX 75247 | | Line of Credit | | **$29,817.56** |
| GATLIN CABINET COMPANY, INC<br>P.O. BOX 384<br>FERRIS, TX 75125 | | Line of Credit | | **$29,592.00** |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:   **STONERIDGE CUSTOM  HOMES, INC.**                    Case No.

                                                              Chapter   **7**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| RSD PLUMBING<br>201B LOY ST.<br>BURLESON, TX 76028 | | Credit | | **$29,354.25** |
| SUNRISE WOOD DESIGN<br>720 107TH STREET<br>ARLINGTON, TX 76011 | | Credit | | **$26,862.75** |
| JESSE AND RUBIE JONES<br>2948 ENGLAND PARKWAY<br>GRAND PRAIRIE, TX 75054 | | Credit | | **$25,500.00** |
| ROSEDALE CARPETS<br>5623 EAST ROSEDALE DR.<br>FORT WORHT, TX 76112 | | Credit | | **$25,116.13** |
| FORD MOTOR CREDIT<br>P O BOX 650575<br>DALLAS TX 75265 | | Purchase Money | | **$22,784.00** |
| RAMIREZ CONSTRUCTION<br>6317 MCCULLAR STREET<br>FORT WORTH, TX 76117 | | Line of Credit | | **$21,894.65** |
| FERIS ELECTRIC & LIGHTING<br>P.O. BOX 14037<br>HALTOM CITY, TX 76117-0037 | | Line of Credit | | **$20,532.12** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **STONERIDGE CUSTOM  HOMES, INC.**                    Case No.

Chapter   **7**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**President**_____ of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:__**01/29/2010**_____          Signature:__**/s/ Douglas E. Haley**_____

*Douglas E. Haley*
**President**

IN RE:   **STONERIDGE CUSTOM  HOMES, INC.**                    CASE NO

                                                                          CHAPTER     **7**

## VERIFICATION OF CREDITOR MATRIX

     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  01/29/2010 _____         Signature  _/s/ Douglas E. Haley_____

                                                                          *Douglas E. Haley*
                                                                          *President*


Date _____         Signature _____

```
4 SECURITY & SOUND, INC.
5408 W. ARKANSAS LANE, STE B
ARLINGTON, TX 76016


A&B CUSTOM WINDOWS
P.O. BOX 741
AZLE, TX 76098


ABSOLUTE STONE FABRICATORS, INC
9011JOHN CARPENTER FRWY, STE 104
DALLAS, TX 75247


ADAIR MORRIS & OSBORN, PC
325 N ST PAUL, SUITE 4100
DALLAS, TX 75201


AJAX GLASS & MIRRORS
4015 WEST VICKERY DRIVE
FORT WORTH, TX 76107


ALAMO APPLIANCE
100 S. RIVERSIDE DRIVE
FORT WORTH, TX 76107


ALBERT EPPS
1114 HUDSON DRIVE
MANSFIELD, TX 76063


AMERATEX BUILDERS SUPPLY
P.O. BOX 216
HURST, TX 76053-0216


AMERICAN BANK
P.O. BOX 849
KELLER, TX 76244
```

```
ATLANTIC SUPPLY
5950 AIRPORT FREEWAY STE 200
HALTOM CITY, TX 76117


Atmos Energy
P.O. Box 78108
Phoenix, AZ 85062-8108


BETHESDA WATER
P.O. BOX 130
BURLESON, TX 76097


BETSY PRICE
100 E. WEATHERFORD
FORT WORTH, TX 76196


BLINDS BY DESIGN
8113 SUNSCAPE CT.
FORT WORTH, TX 76123


BMW FINANCIAL SERVICES NA, INC
P.O. BOX 3608
DUBLIN, OH 43016


BOBBY CRAWFORD, JR
1110 DELAWARE DRIVE
MANSFIELD, TX 76063


BUILDERS PROTECTION
P.O. BOX 170716
ARLINGTON, TX 76003-0716


BYRON CURRY
1106 Delaware
Mansfield, Tx 76063
```

```
C&R CABINETS
2708 SAINT LOUIS AVE
FORT WORTH, TX 76110


CAPITOL ONE PLATINUM
P.O. BOX 650007
DALLAS, TX 75265-0007


CEDRIC CARTER
1109 CHESAPEAKE DRIVE
MANSFIELD, TX 76063


CENTRAL CONCRETE PUMPING
P.O. BOX 137064
FORT WORTH, TX 76136


CHANTEL TAYLOR
7812 FOREST HILLS COURT
NORTH RICHLAND HILLS, TX 76180


CHARLES SMITH
1201 CHESAPEAKE DRIVE
MANSFIELD, TX 76063


CHASE
P.O. BOX 94014
PALANTINE, IL 60094


CHRIS BOSLEY
1206 DELAWARE DRIVE
MANSFIELD, TX 76063


CHRISTOPHER MILANO
1204 CHESAPEAKE DRIVE
MANSFIELD, TX 76063
```

CIRCLE J HEATING & AIR CONDITIONING
1608 N. BEACH STREET
HALTOM CITY, TX 76111


CITI DIAMOND PREFERRED ENTERTAINMENT CAR
P.O. BOX 6406
THE LAKES, NEVADA 88901-6406


CITIBANK, NA
C/O STRASBURGER & PRICE, LLP
901 MAIN STREET #4300
DALLAS< TX 75202


CITY OF KENNEDALE
405 MUNICIPAL DRIVE
KENNEDALE, TX 76060


CITY OF MANSFIELD
1200 E. BROAD
MANSFIELD, TX 76063


CLAY STRUCTURES, INC
P.O. BOX 896
MABANK, TX 75147


CLAYMEX BRICK & TILE, INC.
P.O. BOX 3398
EAGLE PASS, TX 78853


CLS INSULATION
P.O. BOX 163669
COLUMBUS, OH 43216


CODY AIR CONDITIONING, INC
348 W. HURST BLVD
HURST, TX 76053

COLE'S PORTABLE SANITATION SERVICE
8024 C.R. 518
BURLESON, TX 76028


CORNERSTONE CONTRACTORS
7117 MERRILL CT
BURLESON, TX 76028


COWTOWN REDI MIX CONCRETE
P.O. BOX 162327
FORT WORTH, TX 76161


CYNTHIA ENGLISH
3800 EAGLES NEST TRAIL
BURLESON, TX 76028


DALLAS CITY BAN
16980 DALLAS PARKWAY SUITE 110
DALLAS, TX 75248


DANIEL DICKRELL
3804 EAGLES NEST TRAIL
BURLESON, TX 76028


DAVID HARLAN
7804 FOREST HILLS COURT
NORTH RICHLAND HILLS, TX 76180


DAVID MEARNS
1207 CHESAPEAKE DRIVE
MANSFIELD, TX 76063


DAVID RILEY
1204 CHESAPEAKE DRIVE
MANSFIELD, TX 76063

```
DAVIS NGO
5311 BAMA LANE
ARLINGTON, TX 76017


DECKER JONES McMACKIN McCLANE HALL
2000 BURNETT PLAZA
801 CHERRY STREET #46
FORT WORTH, TX 76102


DOUGLAS E. HALEY
1808 KINGSBRIDGE LANE
ROANOKE, TX 76262


FASHION DOOR AND WINDOW
1202 POST N PADDOCK ST.
GRAND PRAIRIE, TX 75050


FERIS ELECTRIC & LIGHTING
P.O. BOX 14037
HALTOM CITY, TX 76117-0037


FIDAL'S HARDWOOD
1009 GARVEY DRIVE
FORT WORTH, TX 76102


FIRST COMMUNITY BANK
P.O. BOX 527
MERIDIAN, TX 76665


FORD MOTOR CREDIT
P O BOX 650575
DALLAS TX 75265


GA SALES AND SERVICES
P.O. BOX 841394
DALLAS, TX 75284-1394
```

GARY BOYD
3708 EAGLES NEST TRAIL
BURLESON, TX 76028


GATLIN CABINET COMPANY, INC
P.O. BOX 384
FERRIS, TX 75125


GEIFFREY CROSBY
1212 HUDSON DRIVE
MANSFIELD, TX 76063


GONZALEZ CUSTOM CABINETS
P.O. BOX 133
PALMER, TX 75152


GREATER DALLAS FLOORS
17826 DAVENPORT RD
SUITE A
DALLAS, TX 75252


H&A ENGINEERS, INC
8713 W. BEDFORD EULESS ROAD
HURST, TX 76053


HAND CRAFTED POOL CARE
108 S. WALNUT CREEK DRIVE
MANSFIELD, TX 76063


HARVEY BRADEN
3712 EAGLES NEST TRAIL
BURLESON, TX 76028


HASTEN & HANSEN
1101-A N LITTLE SCHOOL RD
ARLINGTON, TX 76017

HOANG LINH NGUYEN
1605 GREENBEND DR
ARLINGTON, TX 76018


Home Depot Credit Services
P.O. BOX 6029
THE LAKES, NV 88901-6029


HOME PLUS, INC
302 PINE TREE ROAD
LONGVIEW, TX 75604


HOWARD YARNELL
1104 DELAWARE DRIVE
MANSFIELD, TX 76063


HUNTERS OAKS HOA
1108 W. PIONEER PARKWAY
ARLINGTON, TX 76013


IESI-HALTOM CITY
4001 OLD DENTON ROAD
HALTOM CITY, TX 76117


IMC, INC
P.O. BOX 201544
DALLAS, TX 75320-1544


Ingersoll-Rand Financial Services
P.O. Box 6229
Carol Stream, IL 60197-6229


IRS
M.S. 50-22TUL
1645 South 101st East Avenue
Tulsa, OK 74128

JACE JENKINS
1213 DELAWARE DRIVE
MANSFIELD, TX 76063


James L. Robertson
PO Box 200215
ARLINGTON, TX 76006


JESSE AND RUBIE JONES
2948 ENGLAND PARKWAY
GRAND PRAIRIE, TX 75054


JOHN HELSETH
1209 DELAWARE DRIVE
MANSFIELD, TX 76063


JOHN VIEWEGER
3410 HUNTERS GLEN DRIVE
MANSFIELD, TX 76063


JUSTIN STATE BANK
P.O. BOX 97
JUSTIN, TX 76247


KEN FLEMING
P.O. BOX 2107
MANSFIELD, TX 76063-4911


KIMBERLY MORRIS
2715 AURORA COURT
SOUTHLAKE, TX 76092


LAJOYCE TIMMONS
1211 DELAWARE
MANSFIELD, TX 76063

```
LARRY STAFFORD
1108 DELAWARE DRIVE
MANSFIELD, TX 76063


LEA ANN CAPEL
7721 GRACE DRIVE
NORTH RICHLAND HILLS, TX 76180


LEE DUNLAP
9212 CACHELLE COURT
NORTH RICHLAND HILLS, TX 76180


LONESOME DOVE STONE & MASONRY
JUSTIN HALEY
P.O. BOX 650
HURST, TX 76053


LOYD BRANSOM SURVEYORS
1028 NORTH SYLVANIA AVE
FORT WORTH< TX 76111


MANSFIELD INDEPENDENT SCHOOL DISTRICT
PO BOX 13430
ARLINGTON, TX 76094


MARCO CASTRO
1207 DELAWARE DRIVE
MANSFIELD, TX 76063


MARK FRENCH
1901 CENTRAL DRIVE, SUITE 704
BEDFORD, TX 76021


MARK MCGEE
3325 OAK RUN DRIVE
MANSFIELD, TX 76063
```

MCFADDEN & ASSOCIATES
1354 EXCHANGE DR.
RICHARDSON, TX 75081


MELODY SMITH
STRASBURGER & PRICE, LLP
901 MAIN STREET #4300
DALLAS, TX 75202


METRO BLUELINE
8713 W. BEDFORD EULESS RD
HURST, TX 76053


METRO BRICK AND STONE CO.
2184 JOE FIELD
DALLAS, TX 75229


MICHAEL NEWMAN
9288 HUNTINGTON SQ #200
N RICHLAND HILLS, TX 76180


MICHAEL ORTIZ
3400 HUNTER GLEN DRIVE
MANSFIELD, TX 76063


MICHAELS KEYS INC.
4003 COLLEYVILLE BLVD.
COLLEYVILLE, TX 76034


MID CITIES COUNTER TOP CO., INC
2310 HIGGINS LANE
HURST, TX 76111


MURRAY APPLIANCE
520 NORTH LOOP 288
DENTON, TX 76209

NIX DOOR & HARDWARE, INC
921 EAST WAGGONMAN
FORT WORTH, TX 76110


PDK LIQUID STONE PARTNERSHIPS
221 CENTRE DRIVE
BURLESON, TX 76028


PHILLIP D. COLLINS AND ASSOC., PC
2626 COLE AVE #510
DALLAS, TX 75204


PHILLIP ELLIS
3321 OAK RUN DRIVE
MANSFIELD, TX 76063


PHILLIP YATES
1206 HUDSON DRIVE
MANSFIELD, TX 76063


PROSPERITY BANK
217 NORTH MAIN
KELLER, TX 76248


PROVIDENCE BANK OF TEXAS
211 East Southlake Boulevard
Grapevine, TX 76092-6265


PROVIDENCE BANK OF TEXAS
P.O. BOX 94003
SOUTHLAKE, TX 76092


R.E. SWEENEY LUMBER CO.
P.O. BOX 1921
FORT WORTH, TX 76101

RAMIREZ CONSTRUCTION
6317 MCCULLAR STREET
FORT WORTH, TX 76117


RAPLH SCHWAB/RALPH SCHWAB ROOFING
8713 STEWART DRIVE
NORT RICHLAND HILLS, TX 76180


RAYMOND DOWNEY
1202 CHESAPEAKE DRIVE
MANSFIELD, TX 76063


RENTAL ONE
P.O. BOX 489
COLLEYVILLE, TX 76034


RESDOOR COMPANY, INC
P.O. BOX 1921
FORT WORTH, TX 76101


RICKS HARDWARE AND PLUMBING
P.O. BOX 3469
GRAPEVINE, TX 76099-3469


ROCK MATERIALS
1854 E. BELTLINE ROAD
COPPELL, TX 75019


ROSEDALE CARPETS
5623 EAST ROSEDALE DR.
FORT WORHT, TX 76112


RSD PLUMBING
201B LOY ST.
BURLESON, TX 76028

RTD ENTERPRISES, INC.
6853 ROBERTS LANE
FORT WORTH, TX 76140


SANDY BLAUVELT
1208 HUDSON DRIVE
MANSFIELD, TX 76063


SANJEEV LUTHRA
1111 CHESAPEAKE DRIVE
MANSFIELD, TX 76063


SHIRL RICHARDSON
3403 LEDBETTER COURT
ARLINGTON, TX 76001


SIKARDAR BHATTI
1107 CHESAPEAKE DRIVE
MANSFIELD, TX 76063


SOUTHWEST LANDCARE, INC
8000 MCADINE COURT
BURLESON, TX 76028


STEPHEN LANE
9204 HAILEY COURT
NORTH RICHLAND HILLS, TX 76180


STEVE SCHULMAN
1205 CHESAPEAKE DRIVE
MANSFIELD, TX 76063


STOCK BUILDING SUPPLY
PO BOX 847795
DALLAS, TX 75284

STOCK LOAN SERVICES
P.O. BOX 91147
RALEIGH, NC 27675


SUNRISE WOOD DESIGN
720 107TH STREET
ARLINGTON, TX 76011


SUPERIOR STAIR SYSTEMS, INC
211 HOUSE RD
MANSFIELD, TX 76063


TCB FOUNDATION DRILLING
P.O. BOX 1126
ARLINGTON, TX 76004-1126


TD SUPPLY
1625 VANTAGE DRIVE
CARROLTON, TX 75006


TERENCE BAKER
1200 DELAWARE DRIVE
MANSFIELD, TX 76063


TERESA AUSTIN
628 TRAILHEAD DRIVE
SOUTHLAKE, TX 76092


TERRENCE KURTZ
1214 DELAWARE DRIVE
MANSFIELD, TX 76063


TEXAS COMMISSION ON ENVIRONMENTAL QUALIT
P.O. BOX 13089
AUSTIN, TX 78711-0389

```
THOMAS HENRY, PC
550 BAILEY AVE, Suite 310
FORT WORTH, TX 76107


TXU ELECTRIC
P.O. BOX 100001
DALLAS, TX 75310


UNIQUE CUSTOM MARBLE
5665 BANKS ROAD
FORT WORTH, TX 76140


UNITED COMMUNITY BANK
2100 FM 407
HIGHLAND VILLAGE, TX 75077


UNITED MIRROR AND GLASS
P.O. BOX 2696
WEATHERFORD, TX 76086


UNIVERSAL GARAGE DOORS
2708 SAINT LOUIS
FORT WORTH, TX 76110


WELLS FARGO CARD
P.O. BOX 10347
DES MOINES, IA 50306


WES-TEX PLUMBING
9708 COUNTY ROAD 529A
BURLESON, TX 76028


WESTERN BRICK
P.O. BOX 771
HOUSTON, TX 77001
```

WILLIAM MORROW
1115 CHESAPEAKE DRIVE
MANSFIELD, TX 76063


ZIMMERMAN LAW FIRM, PC
750 N CARROLL AVE
SOUTHLAKE, TX 76092

In re: **STONERIDGE CUSTOM HOMES, INC.**                    CASE NO

                                                            CHAPTER    **7**


# BUSINESS INCOME AND EXPENSES


FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)


PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1. Gross Income for 12 Months Prior to Filing:                    **$0.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2. Gross Monthly Income:                                                                **$0.00**

PART C - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | |
|---|---|
| 3. Net Employee Payroll (Other Than Debtor): | **$0.00** |
| 4. Payroll Taxes: | **$0.00** |
| 5. Unemployment Taxes: | **$0.00** |
| 6. Worker's Compensation: | **$0.00** |
| 7. Other Taxes: | **$0.00** |
| 8. Inventory Purchases (including raw materials): | **$0.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray: | **$0.00** |
| 10. Rent (other than debtor's principal residence): | **$0.00** |
| 11. Utilities: | **$0.00** |
| 12. Office Expenses and Supplies: | **$0.00** |
| 13. Repairs and Maintenance: | **$0.00** |
| 14. Vehicle Expenses: | **$0.00** |
| 15. Travel and Entertainment: | **$0.00** |
| 16. Equipment Rental and Leases: | **$0.00** |
| 17. Legal/Accounting/Other Professional Fees: | **$0.00** |
| 18. Insurance: | **$0.00** |
| 19. Employee Benefits (e.g., pension, medical, etc.): | **$0.00** |
| 20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts (Specify): | **None** |
| 21. Other (Specify): | **None** |
| 22. Total Monthly Expenses (Add items 3 - 21) | **$0.00** |

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2):                    **$0.00**